# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON TREMAYNE PIERCE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DR. ROBERT MARSH, Superintendent** | : | |
| **of SCI Benner Twp., THE ATTORNEY** | : | |
| **GENERAL OF THE STATE OF** | : | |
| **PENNSYLVANIA and D.A. OF** | : | |
| **MONTGOMERY COUNTY** | : | **NO. 20-3843** |

## ORDER

**NOW**, this 24th day of August, 2023, upon consideration of the Petition for Writ of *Habeas Corpus* (Doc. No. 1), the response to the Petition for Writ of *Habeas Corpus*, the petitioner's reply to the response, the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge (Doc. No. 35), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge David R. Strawbridge is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DISMISSED WITH PREJUDICE**; and,

4. No certificate of appealability will issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

_____
TIMOTHY J. SAVAGE, J.